# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 17-13057-JKF

AMANDA M. BAUM

221 W. Washington Ave

Clifton Heights, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AMANDA M. BAUM

    221 W. Washington Ave

    Clifton Heights, PA 19018

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 7/31/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee