IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: AMANDA M BAUM

CASE NO. 2-17-BK-13057

CLAIM: 2

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL SERV hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL SERV**
**4751 WILSHIRE BLVD**
**LOS ANGELES CA 90010-3847**

To the new address below:

**PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINANCIAL SERVICES**
**PO BOX 141419**
**IRVING TX 75014-1419**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/Georgina Yarbrough                                        Date: 1/25/2018
Georgina Yarbrough
Telephone: (866) 831-5954