UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Amanda M. Baum, | : | |
| Debtor. | : | Bankruptcy No. 17-13057-MDC |

# ORDER

**AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order dated August 28, 2018,[1] is hereby **VACATED**.

Dated: August 28, 2018

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 54.