**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        : Chapter 13
   Baum, Amanda M.

            Debtor                 :  17-13057


ORDER FOR ALLOWANCE OF COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>


AND NOW, this ___28th___ day of ____August____, 2018, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $4,000.00
and $0.00 in expenses are **ALLOWED,** and  the unpaid balance of $3,750.00
and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Baum, Amanda M.
221 W. Washington Ave
Clifton Heights, PA 19018