United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13057-mdc
Amanda M. Baum                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db          +Amanda M. Baum,   221 W. Washington Ave,   Clifton Heights, PA 19018-2131
cr           PERITUS PORTFOLIO SVCS SERVICER FOR WESTLAKE FINAN,   PO BOX 141419,   IRVING, TX  75014-1419
13910296    +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13910297    +Joseph Mann & Creed,   20600 Chagrin Blvd Ste 2,   Shaker Heights, OH 44122-5340
13910298    +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13953057    +Pennsylvania Housing Finance Agency,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
              710 Market Street, Suite 5000,   Philadelphia, PA 19106-2312
13910300    +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
13968385    +Westlake Services, LLC dba Westlake Financial Serv,   4751 Wilshire Blvd, Suite 100,
              Los Angeles 90010-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:37   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:36
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13910294    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 15 2019 03:34:55   Capital One,
              Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13910295    +E-mail/PDF: pa_dc_ed@navient.com Mar 15 2019 03:35:00   Dept Of Ed/Navient,
              Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
13964301     E-mail/PDF: pa_dc_claims@navient.com Mar 15 2019 03:35:19
              Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
14046630     E-mail/Text: peritus@ebn.phinsolutions.com Mar 15 2019 03:33:18   Peritus Portfolio SVCS,
              Servicer for Westlake Financial Services,   PO Box 141419,   Irving, TX 75014-1419
13975576     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:34:57
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13910299    +E-mail/Text: blegal@phfa.org Mar 15 2019 03:31:57   Pa Housing Finance Age,   PO Box 8029,
              Harrisburg, PA 17105-8029
14001397    +E-mail/Text: blegal@phfa.org Mar 15 2019 03:31:57   Pennsylvania Housing Finance Agency,
              211 North Front Street,   Harrisburg, PA 17101-1406
13910301    +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 15 2019 03:31:55
              Westlake Financial Srvs,   Customer Care,   PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13910293*      +Amanda M. Baum,   221 W. Washington Ave,   Clifton Heights, PA 19018-2131
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          JOHN L. MCCLAIN   on behalf of Debtor Amanda M. Baum aaamcclain@aol.com, edpabankcourt@aol.com
          KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                       TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMANDA M. BAUM | Chapter 13 |
| Debtor | Bankruptcy No. 17-13057-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___14th___ day of ___March___, 201<u>9</u>, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
AMANDA M. BAUM

221 W. WASHINGTON AVE

CLIFTON HEIGHTS, PA 19018